IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Laura Ringer, | ) |
|     Plaintiff, | ) |
| | ) C/A No. 5:18-cv-3586-TMC-KDW |
| v. | ) |
| | ) **ORDER** |
| Andrew Saul,[1] | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

Plaintiff Laura Ringer brought this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision of the Social Security Commissioner denying her claim for benefits under the Social Security Act. (ECF No. 1). This matter is before the court on the Commissioner's Motion to Remand. (ECF No. 17). The Commissioner seeks a remand for further evaluation pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff consents to such a remand. *Id.* at 2. Accordingly, the court **GRANTS** the motion to remand (ECF No. 17), and this action is **REMANDED** to the Commissioner pursuant to sentence four of § 405(g) for further administrative proceedings.

    **IT IS SO ORDERED.**

                                                        s/Timothy M. Cain
                                                        United States District Judge

September 4, 2019
Anderson, SC

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).